# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| ELIJAH JACKSON, JR., FL ID #979922 | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 19-00380-SOM-RT |
| V. | |
| MAGOON ESTATES LTD., ET AL | |
| Defendant(s). | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed, pursuant to the "Order Dismissing Action Pursuant To 28 U.S.C. § 1915(g)," filed on July 30, 2019, ECF NO. 6.

| 7/30/2019 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by CB |
| | (By) Deputy Clerk |