UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELIJAH JACKSON, Jr., | No.   19-16661 |
| Plaintiff-Appellant, | D.C. No. |
| v. | 1:19-cv-00380-SOM-RT<br>District of Hawaii,<br>Honolulu |
| MAGOON ESTATES LIMITED; et al., | |
| Defendants-Appellees. | ORDER |

Before:  BYBEE, IKUTA, and OWENS, Circuit Judges.

This court has reviewed the notice of appeal filed August 22, 2019 in the above-referenced district court docket pursuant to the pre-filing review order entered in docket No. 93-80377.  Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed.  *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).  Appeal No. 19-16661 is therefore dismissed.

This order, served on the district court for the District of Hawaii, shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained.

**DISMISSED.**

DA/Pro Se